IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH W. HIGGINS, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV433 |
| | ) | |
| V. | ) | |
| | ) | |
| DISTRICT COURT FOR DOUGLAS COUNTY, et al., | ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Respondents. | ) | |
| | ) | |

Joseph Higgins filed this action (Filing No. 1) on September 15, 2016. The undersigned is the presiding judge. On December 8, 2016, Higgins filed another case in this court, naming the undersigned as a respondent. (Case No. 8:16-cv-535.) That case is presently assigned to United States District Court Judge Robert Rossiter, Jr.

On account of Higgins's most recent suit in this court, the undersigned will direct that this case be reassigned.

IT IS THEREFORE ORDERED that this case is removed from the pro se docket. The clerk's office shall randomly assign new judges to this case and request a reassignment order from Chief Judge Laurie Smith Camp. Higgins's Motion to Recuse (Filing No. 8) is denied as moot.

DATED this 20th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge